**CHICAGO DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al., Plaintiffs,**

v.

**K & I CONSTRUCTION, INC., Defendant/Third–Party Plaintiff–Appellant,**

v.

**Chicago and Northeast Illinois District Council of Carpenters, and its Local Unions, Third–Party/Defendant–Appellee.**

Nos. 00–3973, 00 C 6769.

United States Court of Appeals, Seventh Circuit.

Argued Feb. 21, 2001.

Decided Feb. 23, 2001.

Before Hon. RICHARD A. POSNER, Hon. MICHAEL S. KANNE, and Hon. DIANE P. WOOD, Circuit Judges.

*ORDER*

The district court's order denying the motion of K & I Construction Inc. for a preliminary injunction against the strike by the Chicago and Northeast Illinois District Council of Carpenters, a labor organization, is hereby AFFIRMED. A full opinion explaining this decision will follow.